# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **INTELLECTUAL VENTURES I, LLC;** **INTELLECTUAL VENTURES II, LLC** <br><br> **Plaintiffs,** <br><br> v. <br><br> **NETAPP, INC.,** <br><br> **Defendant.** | Civil Action 1:16-cv-10868-IT <br><br> JURY TRIAL DEMANDED |

## PLAINTIFFS' PRELIMINARY INFRINGEMENT DISCLOSURE

Pursuant to Local Rule 16.6, Plaintiffs Intellectual Ventures I, LLC and Intellectual Ventures II, LLC (collectively, "IV" or "Plaintiff") respectfully submit this Preliminary Infringement Disclosure ("Initial Contentions") describing the infringement of Plaintiff's Patents-in-suit by Defendant NetApp, Inc. ("NetApp" or "Defendant").

These Initial Contentions are based on information of which Plaintiff is presently aware from publicly available sources. These Initial Contentions are provided prior to any discovery having occurred in the case, and are subject to being supplemented and amended in accordance with Local Rule 16.6, as permitted by agreement between the parties, or an Order of the Court.

A.  The Accused Products

Based upon information presently available to Plaintiff, Plaintiff asserts that the Defendant directly infringes, and additionally or in the alternative, infringes under the doctrine of equivalents, the following claims of the Patents-in-Suit. Exhibit A to these initial contentions contains a detailed description of how each limitation of the asserted claims of Patents-in-Suit are embodied in the Accused Products. Each and every limitation of the asserted claims of the Patents in Suit are literally infringed by the Defendant. In addition, if it is determined that any limitation is not literally infringed by the Defendant, then those limitations are infringed under

the doctrine of equivalents. The Accused Products and citations to publicly available information concerning those Accused Products discussed in these Initial Contentions are intended to illustrative and exemplary, and are not and need not be considered exhaustive.

| Patent No. | Claims Infringed | Exemplary Infringing Products |
|---|---|---|
| **6,516,442** | 1, 2, 8, 11, 12, 24, 25, 31, 34 | Products utilizing NetApp's MetroCluster technology |
| **6,968,459** | 18, 24, 25 | Products utilizing NetApp's Storage Encryption (NSE) |
| **6,775,745** | 4 | Products utilizing NetApp's Flash Pool technology |
| **8,275,827** | 1, 3, 4, 6, 8, 13, 15, 20 | NetApp FAS and E-series products |
| **6,633,945** | 1, 6 | Products utilizing NetApp's MetroCluster technology |

Dated: September 2, 2016

Respectfully submitted,

*/s/       Brian Ledahl*_____
Brian D. Ledahl (CA SB No. 186579)
Arka D. Chatterjee (CA SB No. 268546)
RUSS AUGUST & KABAT
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Telephone: 310-826-7474
Facsimile: 310-826-6991
E-mail: bledahl@raklaw.com
E-mail: achatterjee@raklaw.com

David S. Godkin (BBO #196530)
BIRNBAUM & GODKIN, LLP
280 Summer Street
Boston, MA 02210
Telephone: 617-307-6100

Attorneys for Plaintiffs,
*Intellectual Ventures I, LLC*
*Intellectual Ventures II, LLC*

4

## CERTIFICATE OF SERVICE

I hereby certify pursuant to the Federal Rules of Civil Procedure and Local Rules 5.2 and 5.4 that the Plaintiffs' Preliminary Infringement Disclosure document was served upon the attorney(s) of record for each party via the Court's ECF system, and via email, as of September 2, 2016.

*/s/ Brian D. Ledahl*
Brian D. Ledahl