UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTELLECTUAL VENTURES I, LLC;<br>INTELLECTUAL VENTURES II, LLC,<br><br>                          Plaintiffs,<br>v.<br><br>NETAPP, INC.,<br><br>                          Defendant. | C.A. No. 1:16-cv-10868-IT |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Plaintiffs Intellectual Ventures I, LLC ("IV I") and Intellectual Ventures II, LLC ("IV II") (collectively, "IV"), and Defendant NetApp, Inc. ("NetApp"), hereby jointly request the Court enter an Amended Scheduling Order adopting the schedule set forth in the Parties' [Proposed] Amended Scheduling Order, attached hereto as Exhibit A.

The parties in the related action filed by IV against EMC Corporation ("EMC"), and Lenovo (United States) Inc., and LenovoEMC Products USA, LLC (collectively, "Lenovo"), Case No., 1:16-cv-10860, will similarly file a Joint Motion to Amend the Scheduling Order requesting that the Court enter the [Proposed] Amended Scheduling Order.

As grounds for this motion, the parties state that IV is seeking to amend its complaint in the related action, to add claims against EMC regarding the alleged infringement of an additional patent, U.S. Patent No. 6,968,459 (the "'459 Patent"). The parties in the related case have met and conferred and have agreed, subject to the Court's approval, that EMC will agree to the filing of the amended complaint, if IV agrees to modify the case schedule to accommodate the newly added infringement claims. IV has also previously asserted the '459 against NetApp. In light of the proposed amendment in the related case, the parties in this action have agreed to move the


dates for the service and filing of preliminary invalidity and non-infringement disclosures and claim construction events by approximately six weeks. The parties do not propose any other changes to the dates set forth in the October 5, 2016 Scheduling Order. The proposed schedule attached hereto also reflects the proposed schedule that has been separately agreed to by the parties in the related action. The parties believe that the continued harmonization of the pretrial schedule between these related actions would be of benefit to both the parties and the Court.

The parties note that fact discovery has not yet begun (i.e., the parties have not served written discovery or taken any depositions), but the parties are discussing and plan to file a Proposed Discovery Plan and Proposed Protective Order with the Court.

| | |
|---|---|
| Dated:  October 10, 2016 | Respectfully submitted, |
| /s/ Christopher Centurelli | /s/ Arka D. Chatterjee |
| Christopher Centurelli (BBO #640974) | David S. Godkin (BBO #196530) |
| K&L Gates LLP | Andrew A. Caffrey, III (BBO #660481) |
| State Street Financial Center | BIRNBAUM & GODKIN, LLP |
| One Lincoln Street | 280 Summer Street |
| Boston, MA  02111 | Boston, MA 02210 |
| (617) 261-3276 | Telephone:  617-307-6100 |
| (617) 261-3175 *Facsimile* | |
| christopher.centurelli@klgates.com | Brian D. Ledahl (CA SB No. 186579) |
| | Arka D. Chatterjee (CA SB No. 268546) |
| Bryan J. Sinclair | RUSS AUGUST & KABAT |
| (CA SB No. 205885) (*pro hac vice*) | 12424 Wilshire Boulevard 12th Floor |
| Ranjini Acharya | Los Angeles, California 90025 |
| (CA SB No. 290877) (*pro hac vice*) | Telephone: 310-826-7474 |
| K&L Gates LLP | Facsimile: 310-826-6991 |
| 630 Hansen Way | bledahl@raklaw.com |
| Palo Alto, CA 94304 | achatterjee@raklaw.com |
| (650) 798-6700 | |
| (650) 798-6701 *Facsimile* | *Attorneys for Plaintiffs* |
| bryan.sinclair@klgates.com | *Intellectual Ventures I, LLC* |
| ranjini.acharya@klgates.com | *Intellectual Ventures II, LLC* |
| | |
| *Attorneys for Defendant* | |
| *NetApp, Inc.* | |

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify pursuant to the Federal Rules of Civil Procedure and Local Rules 5.2 and 5.4 that this document was served upon the attorney(s) of record for each party through the ECF system as identified on the Notice of Electronic Filing on October 10, 2016.

*/s/ Christopher Centurelli*