# EXHIBIT F

## Exhibit F: NetApp's Preliminary Non-Infringement Contentions re U.S. Patent No. 6,516,442

| \ | U.S. Patent No. 6,516,442<br>Accused Products: NetApp MetroCluster | |
|---|---|---|
| **No.** | **Asserted Claims** | **NetApp's Preliminary Non-Infringement Contentions** |
| 1*pre* | A shared-memory multi-processor system comprising: | |
| 1a | a switch fabric configured to switch packets containing data; | |
| 1b | a plurality of channels configured to transfer the packets; | |
| 1c | a plurality of switch interfaces configured to exchange the packets with the switch fabric, exchange the packets over the channels, and perform error correction of the data in the packets exchanged over the channels; | The Accused Products do not "perform error correction of the data in the packets exchanged over the channels," as that term appears to have been interpreted by Plaintiffs. |
| 1d | a plurality of microprocessor interfaces configured to exchange the data with a plurality of microprocessors, exchange the packets with the switch interfaces over the channels, and perform error correction of the data in the packets exchanged over the channels; and | The Accused Products do not contain "a plurality of microprocessor interfaces configured to exchange the data with a plurality of microprocessors," as that term appears to have been interpreted by Plaintiffs.<br><br>The Accused Products do not "perform error correction of the data in the packets exchanged over the channels," as that term appears to have been interpreted by Plaintiffs. |
| 1e | a memory interface configured to exchange the data with a memory device, exchange the packets with the switch interfaces over the channels, and perform error correction of the data in the packets exchanged over the channels. | The Accused Products do not "perform error correction of the data in the packets exchanged over the channels," as that term appears to have been interpreted by Plaintiffs. |
| 2 | The shared-memory multi-processor system of claim 1 wherein the interfaces are configured to add error correction codes to the packets being transferred over the channels to check the error correction codes in the packets being | The Accused Products do not infringe claim 1, and therefore do not infringe this claim.<br><br>The Accused Products are not "configured to add error |

| U.S. Patent No. 6,516,442 <br> Accused Products: NetApp MetroCluster | | |
|---|---|---|
| No. | Asserted Claims | NetApp's Preliminary Non-Infringement Contentions |
| | received over the channels and to transfer a retry request if one of the packets being received has an error. | correction codes to the packets being transferred over the channels," as that term appears to have been interpreted by Plaintiffs. |
| 8 | The shared-memory multi-processor system of claim 1 further comprising a bus interface configured to exchange the data with a bus, exchange the packets with the switch interfaces over the channels, and perform error correction of the data in the packets exchanged over the channels. | The Accused Products do not infringe claim 1, and therefore do not infringe this claim. <br><br> The Accused Products do not "perform error correction of the data in the packets exchanged over the channels," as that term appears to have been interpreted by Plaintiffs. |
| 11 | The shared-memory multi-processor system of claim 1 further comprising the microprocessors and the memory device. | The Accused Products do not infringe claim 1, and therefore do not infringe this claim. |
| 12 | The shared-memory multi-processor system of claim 1 wherein the channels each comprise a point-to-point connection between a pair of the interfaces. | The Accused Products do not infringe claim 1, and therefore do not infringe this claim. |
| 24*pre* | A method of operating a shared-memory multi-processor system, the method comprising: | |
| 24a | exchanging data between a plurality of microprocessors and a plurality of microprocessor interfaces; | The Accused Products do not "exchang[] data between a plurality of microprocessors and a plurality of microprocessor interfaces," as that term appears to have been interpreted by Plaintiffs. |
| 24b | exchanging packets containing the data between the microprocessor interfaces and a plurality of switch interfaces over channels; | The Accused Products do not "exchang[] data containing the data between the microprocessor interfaces and a plurality of switch interfaces," as that term appears to have been interpreted by Plaintiffs. |

| U.S. Patent No. 6,516,442 <br> Accused Products: NetApp MetroCluster | | |
|---|---|---|
| No. | Asserted Claims | NetApp's Preliminary Non-Infringement Contentions |
| 24c | exchanging the packets between the switch interfaces through a switch fabric; | |
| 24d | exchanging the packets between the switch interfaces and a memory interface over the channels; | |
| 24e | exchanging the data between the memory interface and a memory device; and | |
| 24f | in the interfaces, performing error correction of the data in the packets exchanged over the channels. | The Accused Products do not "perform[] error correction of the data in the packets exchanged over the channels," as that term appears to have been interpreted by Plaintiffs. |
| 25*pre* | The method of claim 24 wherein performing error correction of the data in the packets exchanged over the channels comprises: | The Accused Products do not infringe claim 24, and therefore do not infringe this claim. <br><br> The Accused Products do not "perform[] error correction of the data in the packets exchanged over the channels," as that term appears to have been interpreted by Plaintiffs. |
| 25a | adding error correction codes to the packets being transferred over the channels; | The Accused Products do not "add[] error correction codes to the packets being transferred over the channels," as that term appears to have been interpreted by Plaintiffs. |
| 25b | checking the error correction codes in the packets being received over the channels; and | The Accused Products do not "check[] error correction codes to the packets being transferred over the channels," as that term appears to have been interpreted by Plaintiffs. |
| 25c | transferring a retry request if one of the packets being received has an error. | |
| 31*pre* | The method of claim 24 further comprising: | The Accused Products do not infringe claim 24, and |

- 3 -

| U.S. Patent No. 6,516,442<br>Accused Products: NetApp MetroCluster | | |
|---|---|---|
| No. | Asserted Claims | NetApp's Preliminary Non-Infringement Contentions |
|  |  | therefore do not infringe this claim. |
| 31a | exchanging the packets between the switch interfaces and a bus interface over the channels; and |  |
| 31b | exchanging the data between the bus interface and a bus |  |
| 34 | The method of claim 24 wherein the channels each comprise a point-to-point connection between a pair of the interfaces. | The Accused Products do not infringe claim 24, and therefore do not infringe this claim. |

# EXHIBIT G

# Exhibit G: NetApp's Preliminary Non-Infringement Contentions re U.S. Patent No. 6,775,745

| U.S. Patent No. 6,775,745<br>Accused Products: NetApp's Flash Pool based products including FAS, E-Series, and DS series ||| 
|---|---|---|
| No. | Asserted Claims | NetApp's Preliminary Non-Infringement Contentions |
| 4*pre* | A caching method for enhancing system performance of a computer, comprising: | |
| 4a | reading an extended segment of data in response to a request from an operating system; | The Accused Products do not "read[] an extended segment of data," as that term appears to have been interpreted by Plaintiffs. |
| 4b | storing copies of files associated with the extended segment in a cache; | |
| 4c | assigning frequency factors to each of the files stored in the cache, the frequency factors indicating how often each of the corresponding files are requested by the operating system; | |
| 4d | scanning the frequency factors, the scanning being performed in response to a target capacity of the cache being attained; | The Accused Products do not "scan[] the frequency factors, the scanning being performed in response to a target capacity of the cache being attained," as that term appears to have been interpreted by Plaintiffs. |
| 4e | identifying a least frequently and least recently used file; and | The Accused Products do not identify a "least recently used file," as that term appears to have been interpreted by Plaintiffs. |
| 4f | eliminating the least frequently and least recently used file to liberate capacity of the cache. | The Accused Products do not "eliminate the least frequently and least recently used file," as that term appears to have been interpreted by Plaintiffs. |

# EXHIBIT H

**Exhibit H: NetApp's Preliminary Non-Infringement Contentions re U.S. Patent No. 6,968,459**

| U.S. Patent No. 6,968,459<br>Accused Products: NetApp's Storage Encryption (NSE) based products, including the FAS2040, FAS3200 series, FAS6200 series, FAS8000 series, DS4243 with 600GB NSE drive ||  |
|---|---|---|
| No. | Asserted Claim | NetApp's Preliminary Non-Infringement Contentions |
| 18*pre* | A method for controlling access to a storage device comprising: | |
| 18a | detecting a storage device within a storage drive; | The Accused Products do not "detect[] a storage device within a storage drive" as that term appears to have been interpreted by Plaintiffs. |
| 18b | sensing whether the storage device has security information generated from a combination of device-specific information associated with the storage device and user-specific information associated with a user; | The Accused Products do not "sens[e] whether the storage device has security information," as that term appears to have been interpreted by Plaintiffs.<br><br>The Accused Products do not sense the presence of "user-specific information associated with a user," as that term appears to have been interpreted by Plaintiffs. |
| 18c | configuring the storage drive to prevent write access to the storage device when the security information is not sensed; and | The Accused Products do not sense "security information," as that term appears to have been interpreted by Plaintiffs, because they do not sense the presence of "user-specific information associated with a user," and therefore do not satisfy this claim limitation. |
| 18d | configuring the storage drive to permit write access by encrypting digital data using the security information and writing the encrypted digital data to the storage device when the security information is sensed | The Accused Products do not sense "security information," as that term appears to have been interpreted by Plaintiffs, because they do not sense the presence of "user-specific information associated with a user," and therefore do not |

| U.S. Patent No. 6,968,459<br>Accused Products: NetApp's Storage Encryption (NSE) based products, including the FAS2040, FAS3200 series, FAS6200 series, FAS8000 series, DS4243 with 600GB NSE drive | | |
|---|---|---|
| No. | Asserted Claim | **NetApp's Preliminary Non-Infringement Contentions** |
|  |  | satisfy this claim limitation. |
| 24 | The method of claim 18, wherein encrypting digital data using the security information includes generating the cryptographic key as a function of the user-specific information. | The Accused Products do not "generat[e] the cryptographic key as a function of the user-specific information," as that term appears to have been interpreted by Plaintiffs.<br><br>The Accused Products do not infringe claim 18, and therefore do not infringe this claim. |
| 25 | The method of claim 18, wherein the user-specific information is a password. | The Accused Products do not infringe claim 18, and therefore do not infringe this claim. |

# EXHIBIT I

**Exhibit I: NetApp's Preliminary Non-Infringement Contentions re U.S. Patent No. 8,275,827**

| U.S. Patent No. 8,275,827 <br> Accused Products: NetApp FAS and E-series products ||  |
|---|---|---|
| No. | Asserted Claims | NetApp's Preliminary Non-Infringement Contentions |
| 1*pre* | A computer-implemented method comprising: | |
| 1a | configuring a distributed processing system of a plurality of distributed devices coupled to a network, wherein the plurality of distributed devices include respective client agents configured to process respective portions of a workload for the distributed processing system, wherein the respective client agents for particular distributed devices of the plurality of distributed devices have corresponding software-based network attached storage (NAS) components configured to assess unused or under-utilized storage resources in selected distributed devices of the plurality of distributed devices; | The Accused Products do not "include respective client agents configured to process respective portions of a workload for the distributed processing system," as that term appears to have been interpreted by Plaintiffs. |
| 1b | representing with the corresponding software-based NAS component that the selected distributed devices respectively comprise NAS devices having an available amount of storage resources related to the unused and under-utilized storage resources for the selected distributed devices; | The Accused Products do not "represent[] with the corresponding software-based NAS component that the selected distributed devices respectively comprise NAS devices having an available amount of storage resources related to the unused and under-utilized storage resources for the selected distributed devices," as that term appears to have been interpreted by Plaintiffs. |
| 1c | processing one or more of data storage or access workloads for the distributed processing system by accessing data from or storing data to at least a portion of the available amount of storage resources to provide NAS service to a client device coupled to the network; and | |

| U.S. Patent No. 8,275,827<br>Accused Products: NetApp FAS and E-series products | | |
|---|---|---|
| **No.** | **Asserted Claims** | **NetApp's Preliminary Non-Infringement Contentions** |
| 1d | enabling at least one of the selected distributed devices to function as a location distributed device to store location information associated with data stored by the selected distributed devices through use of the respective client agents for the particular distributed device. | |
| 3 | The method of claim 1, further comprising receiving an access request from the client device and directing the client device to data requested on at least one of the selected distributed devices. | The Accused Products do not infringe claim 1, and therefore do not infringe this claim. |
| 4 | The method of claim 3, further comprising managing the NAS service for the at least one of the particular distributed devices at least in part utilizing a centralized server. | The Accused Products do not infringe claim 3, and therefore do not infringe this claim. |
| 6 | The method of claim 4, further comprising storing, with the centralized server, location information associated with the data stored in the selected distributed devices. | The Accused Products do not infringe claim 4, and therefore do not infringe this claim. |
| 8 | The method of claim 1, wherein the method is at least partially performed through use of the Internet. | The Accused Products do not infringe claim 1, and therefore do not infringe this claim. |
| 13*pre* | A system comprising:a plurality of distributed devices configured to be coupled to a network, wherein the distributed devices include respective client agents configured to process respective portions of workloads for the distributed processing system, the respective client agents including respective instances of a software-based network attached storage (NAS) component, wherein the NAS component is configured to: | |

| **U.S. Patent No. 8,275,827**<br>**Accused Products: NetApp FAS and E-series products** |
|---|---|---|
| **No.** | **Asserted Claims** | **NetApp's Preliminary Non-Infringement Contentions** |
| 13a | assess unused storage resources of the distributed devices; | The Accused Products do not "assess unused storage resources of the distributed devices," as that term appears to have been interpreted by Plaintiffs. |
| 13b | allocate respective available amount of unused storage resources in selected distributed devices of the plurality of distributed devices; | The Accused Products do not "allocate respective available amount of unused storage resources in selected distributed devices of the plurality of distributed devices," as that term appears to have been interpreted by Plaintiffs. |
| 13c | represent that the selected distributed devices comprise respective NAS devices having the respective available amounts of storage resources; | The Accused Products do not "represent that the selected distributed devices comprise respective NAS devices having the respective available amounts of storage resources," as that term appears to have been interpreted by Plaintiffs. |
| 13d | process workloads associated with data storage and access by accessing data from and storing data into portions of the storage resources in the selected distributed devices to provide NAS service to a client device; and | |
| 13e | wherein the respective client agents are configured to enable at least one of the selected distributed devices to function as a location distributed device to store location information for data stored by the selected distributed devices. | |
| 15 | The system of claim 13, wherein the location distributed device is configured to receive an access request from the client device and direct the client device to the data stored on the selected distributed devices that was requested. | The Accused Products do not infringe claim 13, and therefore do not infringe this claim. |
| 20 | The system of claim 13, wherein the distributed devices are configured to be coupled to the Internet. | The Accused Products do not infringe claim 13, and therefore do not infringe this claim. |

# EXHIBIT J

## Exhibit J: NetApp's Preliminary Non-Infringement Contentions re U.S. Patent No. 6,633,945

| U.S. Patent No. 6,633,945<br>Accused Products: NetApp's MetroCluster technology | | |
|---|---|---|
| No. | Asserted Claims | **NetApp's Preliminary Non-Infringement Contentions** |
| 1*pre* | A multi-processor shared memory system comprising: | |
| 1a | a first set of point-to-point connections; | The Accused Products do not comprise "a first set of point-to-point connections," as that term appears to have been interpreted by Plaintiffs. |
| 1b | a first set of processors each coupled to one of the first set of point-to-point connections; | The Accused Products do not comprise "[a] first set of point-to-point connections," as that term appears to have been interpreted by Plaintiffs. |
| 1c | a first memory coupled to one of the first set of point-to-point connections; | The Accused Products do not comprise "[a] first set of point-to-point connections," as that term appears to have been interpreted by Plaintiffs. |
| 1d | a first flow control unit including a first data switch coupled to the first set of point-to-point connections wherein the first data switch is configured to interconnect the first set of point-to-point connections to provide first data paths between the first memory and the first set of processors; | The Accused Products do not "provide first data paths between the first memory and the first set of processors," as that term appears to have been interpreted by Plaintiffs.<br><br>The Accused Products do not comprise "[a] first set of point-to-point connections," as that term appears to have been interpreted by Plaintiffs. |
| 1e | a second set of point-to-point connections; | The Accused Products do not comprise "a second set of point-to-point connections," as that term appears to have been interpreted by Plaintiffs. |
| 1f | a second set of processors each coupled to one of the second set of point-to-point connections; | The Accused Products do not comprise "[a] second set of point-to-point connections," as that term appears to have been interpreted by Plaintiffs. |

| U.S. Patent No. 6,633,945 <br> Accused Products: NetApp's MetroCluster technology | | |
|---|---|---|
| No. | Asserted Claims | NetApp's Preliminary Non-Infringement Contentions |
| 1g | a second memory coupled to one of the second set of point-to-point connections; | The Accused Products do not comprise "[a] second set of point-to-point connections," as that term appears to have been interpreted by Plaintiffs. |
| 1h | a second flow control unit including a second data switch coupled to the second set of point-to-point connections wherein the second data switch is configured to interconnect the second set of point-to-point connections to provide second data paths between the second memory and the second set of processors; and | The Accused Products do not "provide second data paths between the second memory and the second set of processors," as that term appears to have been interpreted by Plaintiffs. |
| 1i | a third point-to-point connection coupled to the first data switch and to the second data switch wherein the first data switch is configured to interconnect the first set of point-to-point connections to the third point-to-point connection and the second data switch is configured to interconnect the second set of point-to-point connections to the third point-to-point connection to provide third data paths between the second memory and the first set of processors and between the first memory and the second set of processors. | The Accused Products do not contain "a third point-to-point connection," as that term appears to have been interpreted by Plaintiffs. |
| 6*pre* | A method of operating a multi-processor shared memory system comprising a first set of point-to-point connections, a first set of processors each coupled to one of the first set of point-to-point connections, a first memory coupled to one of the first set of point-to-point connections, a first flow control unit including a first data switch coupled to the first set of point-to-point connections, a second set of point-to-point connections, a second set of processors each coupled to one of the second set of point-to-point connections, a second | The Accused Products do not comprise "a first set of point-to-point connections," as that term appears to have been interpreted by Plaintiffs. <br><br> The Accused Products do not comprise "a first data switch coupled to the first set of point-to-point connections," as that term appears to have been interpreted by Plaintiffs. <br> The Accused Products do not comprise "a second set of point-to-point connections," as that term appears to have |

- 2 -

| **U.S. Patent No. 6,633,945**<br>**Accused Products: NetApp's MetroCluster technology** |
|---|---|---|
| No. | Asserted Claims | NetApp's Preliminary Non-Infringement Contentions |
| | memory coupled to one of the second set of point-to-point connections, a second flow control unit including a second data switch coupled to the second set of point-to-point connections, and a third point-to-point connection coupled to the first data switch and to the second data switch, the method comprising: | been interpreted by Plaintiffs.<br><br>The Accused Products do not comprise "a second data switch coupled to the second set of point-to-point connections," as that term appears to have been interpreted by Plaintiffs.<br><br>The Accused Products do not have "a third point-to-point connection," as that term appears to have been interpreted by Plaintiffs. |
| 6a | interconnecting the first set of point-to-point connections in the first data switch to provide first data paths between the first memory and the first set of processors; | The Accused Products do not "provide first data paths between the first memory and the first set of processors," as that term appears to have been interpreted by Plaintiffs. |
| 6b | interconnecting the second set of point-to-point connections in the second data switch to provide second data paths between the second memory and the second set of processors; and | The Accused Products do not "provide second data paths between the second memory and the second set of processors," as that term appears to have been interpreted by Plaintiffs. |
| 6c | interconnecting the first set of point-to-point connections to the third point-to-point connection in the first data switch and interconnecting the second set of point-to-point connections to the third point-to-point connection in the second data switch to provide third data paths between the second memory and the first set of processors and between the first memory and the second set of processors. | The Accused Products do not comprise "a third point-to-point connection," as that term appears to have been interpreted by Plaintiffs. |